UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 25-CV-25705-JAL**

CHRISTOPHER FRANK,

    Plaintiff,

v.

NCL (BAHAMS) LTD,

    Defendant
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiff, CHRISTOPHER FRANK, by and through undersigned counsel, hereby files the instant Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10 percent or more of a party's stock, and all other identifiable legal entities to *any* party in this case:

    a) **Plaintiff, Christopher Frank**

    b) **Plaintiff's counsel, Lipcon, Margulies & Winkleman, P.A.:**

        i. **Nicolas H. Lipcon, Esq.**

    c) **Defendant, NCL (BAHAMAS) LTD,**

        ii. **Counsel for NCL (BAHAMAS) LTD., Todd S. Sussman, Esq.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **The Plaintiff knows of no such entity at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases):

**The Plaintiff knows of no such entity at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Other than the Plaintiff, Plaintiff knows of no such other victims at this time.**

The Plaintiff hereby certifies that, except as disclosed above, Plaintiff is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. The Plaintiff further certify that, if there is no actual or potential conflict of interest, Plaintiff shall select, "None," when filing this notice.

Further, Plaintiff is a natural person and has not initiated this action under a corporate capacity. As such, Plaintiff has no responsive corporate information to disclose requiring a Corporate Disclosure Statement.

Dated: January 15, 2026

Respectfully submitted,

LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce De Leon Blvd., Ste. 1480
Coral Gables, FL 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ Nicolas H. Lipcon*
**NICOLAS H. LIPCON**
Florida Bar No. 1058833
nlipcon@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Nicolas H. Lipcon*
       **NICOLAS H. LIPCON**

## SERVICE LIST

CASE NO: 25-cv-25705-JAL

| | |
|---|---|
| Nicolas H. Lipcon, Esq. | Todd L. Sussman, Esq. |
| nlipcon@lipcon.com | tsussman@nclcorp.com |
| Lipcon, Margulies & Winkleman, P.A. | jjara@nclcorp.com |
| 2800 Ponce de Leon Blvd., Suite 1480 | Florida Bar No.: 0084729 |
| Coral Gables, FL 33134 | NORWEGIAN CRUISE LINE |
| Phone: (305) 373-3016 | 7665 Corporate Center Drive |
| Fax: (305) 373-6204 | Miami, FL 33126 |
| *Attorney for Plaintiffs* | Tel. (305) 436-4653 |
| | Fax (305) 468-2132 |
| | *Attorney for Defendant* |